# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2003 JUL 17 P 2: 39

SIGN_____
BY DEPUTY CLERK

Mr. KERRY LAWSON

-V-

SHERIFF, JEFF WILEY
WARDEN BOBBY WEBRE
X- Construction Company,
ET. AL

Civil Action No. 03-0414-C-M2

## PLAINTIFF RESPONSE TO 30-DAY STAY ORDER

NOW INTO COURT COMES KERRY Lawson pro. SE PLAINTIFF, IN REGARDS TO WHY HIS LAWSUIT SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES.

PLAINTIFF AVERS THAT HIS COMPLAINT HAS BEEN MISINTERPETED. HIS CLAIM DOES NOT Solely rest ON THE CONDITIONS of Ascension PARISH PRISON.

The Plaintiff, KERRY Lawson, STATES THAT HIS MAIN GRIEVANCE IS Conserning THE INJURY HE SUSTAINED TO HIS KNEE (LEFT KNEE).

PLAINTIFF ASK THIS HONORABLE COURT TO FOR GIVE HIM FOR NOT MAKING THE ORIGIONAL CIVIL COMPLAINT LEDGIBLE AND VERY CLEAR OF THE STEP'S TOOKEN IN THIS INSTANT CIVIL CASE, BUT PLAINTIFF

INITIALS | DOCKET#
--- | ---
nt | 4

ORDER TO Show STEP BY STEP THE CONDITION OF THIS INSTANT CASE, PLAINTIFF WILL EXPOSE EACH EXHIBIT AND CLEARLY WALK THIS HONORABLE COURT THROUGH THIS PROCEEDING'S AS THE INJURY OCCURED AND CIRCUMSTANCES DEVELOPE'S.

PLAINTIFF HAS BEEN GRAVLY INJURED AND HAS BEEN SEEKING MEDICAL CARE SINCE THE DAY OF THE INCIDENT TO CORRECT HIS INJURIES.

1.) ON SAID DATE DECEMBER 27, 2001 PLAINTIFF WAS ARRESTED IN ASCENSION PARISH, Donaldsonville, Louisiana. PLAINTIFF WAS DETAINED IN DONALDSONVILLE PARISH PRISON, (2384 Lemanville Cut-off Road, DONALDSONVILLE Louisiana, 70346).

2.) ON SAID DATE MAY, 9, 2002, PLAINTIFF WAS ESCORTED TO GONZALES COURT HOUSE BY ASCENSION PARISH SHERIFF'S OFFICERS. Before ENTERING THE COURT HOUSE PLAINTIFF WAS ESCORTED BY The SHERIFF'S OFFICERS THROUGH THE CONSTRUCTION SIGHT, Where PLAINTIFF obtAINED INJURIES (PLEASE SEE "MEDICAL DIARY" Exhibit "A"...). For Further DETAIL,...

3.) After Plaintiff HAD SURGERY He TRYED To GET MEDICAL Attention BY WRITING MEDICAL REQUEST To NURSE LAURA. SEVERAL MEDICAL REQUEST(S) WAS WRITEN OVER A PERIOD of TIME, BUT With No RESPONCE. PETITIONER/PLAINTIFF HAD His LEFT KNEE SURGERY ON 5-22-2002.

4.) ON SAID DATE JUNE 5, 2002 I WAS RETURNED TO EARL K. LONG

HOSPITAL FOR REMOVAL OF STAPLES By OFFICER JUDE.
OFFICER JUDE BEGAN TO QUESTION ME About My Condition
AND WHAT I WAS GONA DO. OFFICER JUDE ASKED THE
QUESTION "ARE YOU GONA SUE"... OFFICER JUDE
TRYED TO TELL ME NOT TO SUE THEM BECAUSE I WOULD
NOT GET ANYTHING.

5.) AFTER RETURNING TO ASCENSION PARISH JAIL, PLAINTIFF
WAS LOCKED IN THE HOLE For Several MONTHS WHICH He
WROTE SEVERAL REQUEST FORMS To THE WARDEN. No RESPONSE
From The WARDEN OR NURSE, BUT PLAINTIFF WAS Bounced
AROUND From Holding CELL-TO-CELL WITHOUT Proper
MEDICAL TREATMENT.

6.) PLAINTIFF FILED SEVERAL Administrative REMIDIES FORM(S),
But THEIR WAS NOT ANY RESPONSE BY ASCENSION PARISH
SHERIFF DEPT, WARDEN AND MEDICAL DEPT. (Please
SEE Exhibit "N" 1983 Civil RiGHTS complAiNT, PAGE (3).).

7.) PLAINTIFF KERRY Lawson AFTER NOT Recieving ANY RESPONSE
From ANY of His Administrative REMIDIES. PLAINTIFF WRITTEN
TO ASCENSION PARISH CoURT HoUSE, C/o Ms. Wilemina
WASHINGTON AND THE HONORABLE JudGE Holdride
Concerning His MEDICAL Condition, Legal condition and
Living condition (see Exhibit(s) "B" and "C").

8. PLAINTIFF Concludes THAT He Should SEEK Legal ASSISTANCE

From Attorney William Dale Behan who Assured Plaintiff he would Litigate the Matter. On said date July 8, 2002, Plaintiff obtained Attorney William Dale Behan with a Legal Retainer Agreement Contract. (See Exhibit "D" Retainer Agreement).

Plaintiff Relentlessly Left all Legal Proceeding(s) in the care of His obtained Attorney William Dale Behan.

9.) Plaintiff Kerry Lawson After Not Hearing From His obtained Lawyer William Dale Behan, Started To Wonder About His Law Suit. Jack Pierce, Private Investigator Came To Ascension Parish Jail and showed me several pictures of the construction site where The Accident Accured.

As Plaintiff Stated in The Above; Plaintiff obtained on July 8, 2002 Attorney William Dale Behan, But over a period of Months Plaintiff did Not Hear Through Mail or Phone call, Message(s) or Any Form of Communication From His Attorney.

Finally Plaintiff Writes His Attorney a Personal Letter (See Exhibit "E") . . .

10.) Attorney William Dale Behan Did Not Response To Personal Letter (See Exhibit "E") . . .

11.) On said Date (April 28, 2003), Plaintiff Kerry Lawson written The Louisiana State Bar Association Complaining About His obtained Attorney William Dale Behan (See Exhibit "F")

12.) ON SAID DATE, APRIL 14, 2003, PLAINTIFF WROTE HIS
Obtained Lawyer, William DaLE BEHAN Another LETTER
(See Exhibit G)...

13.) At Last But not Final, ATTORNEY William DALE
BEHAN CONTACTED THE PLAINTIFF THROUGH MAIL ON
APRIL 22, 2003, AND I "QUOTE"

> Dear Mr. Lawson:
>
> I recieved your Letter on April 14, 2003. Accordingly,
> I will Not be taking any action on your behalf and
> will not be filing any lawsuit on your behalf as a
> result of damages you Sustained in the incident of
> May 9, 2002. You have one (1) year from the date
> of the incident in which to File a Suit for damages
> or you will forever lose your rights to recover
> from the incident of May 9, 2002
>
> Again, I will Not be taking Any Action on
> your Behalf.

Please See Copy of Letter AS (Exhibit "H"

AS PLAINTIFF STATED IN THE ABOVE; ON APril 22, 2003
ATTORNEY William DALE BEHAN CONTACTED THE PLAINTIFF By
Letter IN RESPONSE TO A LETTER PLAINTIFF WROTE CONSCRNING THE
LITIGATION IN THIS MATTER.

ATTORNEY William DALE BEHAN STATED THAT HE

Disciplinary Board, Acknowledging The receipt of Plaintiffs Complaint.

The Louisiana Attorney Disciplinary Board assigned The MATTER TO Mimi T. Nguyen, Deputy Disciplinary Counsel. (See Exhibit "K".

17.) ON SAid date May 28, 2003, The Plaintiff Kerry Lawson Recieved A Letter From The office of THE Disciplinary Counsel; Mimi T Nguyen, Deputy Disciplinary Counsel. The Deputy Disciplinary Counsel Assigned the plaintiff Mr. Kerry Lawson a Complaint NO: 0017115. (See Exhibit "L. 1."), Also The Disciplinary Board Counsel Contacted PlAINtiffS AttoRNEY William Dale Behan, Sending Mr Behan MAterial Containts allegations about His Conduct (See Exhibit "L. 2.")

18.) ON SAid date May 19, 2003, Plaintiff Recieved A Letter From Ascension Parish JAIL, WARDEN Bobby Webre Stating that he received the plaintiffs Letter regarding the Fubu Outfit, Conduct A Search For items and discuss With The Sheriff on the best method of replacement. Please (See Exhibit "M").

19.) Plaintiff Address This HONORABLE Court WiTh Respect AND Hope. Plaintiff Filed To The American BAR ASSOciation Who Directed Plaintiff To The Louisiana BAR ASSOciation. Plaintiff Now Awaits The Response of the Louisiana

Bar Association Concerning His Attorney's Incompetance. Plaintiff was Prejudice By The Minipulative Tactics of His Attorney. Plaintiff Now Seeks For Justice in This Honorable Court. PLAINTIFF HAS SUSTAINED INJuries That Has DiSABLED Him From Walking Correctly and Has Loss The full Use of His Left Leg Due To The Direct InJury.

Wherefore, Plaintiff ASK This HonoRAble Court To Amend His Original Civil Rights ACT 1983 Complaint Section II, III, IV, AND V To Add Plaintiffs AttorNEY William Dale Behan For Malicous INTENT To Hinder The Plaintiff of due Process To TTHourGHly LiTiGATE THIS MATTER. Plaintiff Now SEEKS This HONORABlE Court Respectfully To Allow Him To Proceed His LitiGATion For his inJury(s). IN Doing So This Court Will Protect The Dignity of The Law and ENSure Justice is Carried forth in the Above EntitLED CAUSE,

PLAINTiFF Kerry Lawson Who is housed AT CATAHOULA CORRECTIONAL, 499 Old Columbia Rd., Harrisonburg, Louisiana 71340.

Plaintiff is Currently Seeking Medical TreatMENT From CATAHOULA CORRECTIONAL CENTER. PLANTiFF Requested Through "INMATE REQUEST FORM" About MEDical Problem(s)

Concerning plaintiffs Left Knee, Asking To See A Doctor.
Please (See Exhibit "P.")...


                              RespectFully Submitted,
DATE June 8, 2003            Kerry Lawson      Doc # 00389205
                              Kerry Lawson, Plaintiff
                              CATA HOULA Correctional Center
                              499 Old Columbia Rd.   E - Dorm
                              HARRISONBURG, LA. 71340


                    DECLARATION

   I declare UNDER PENALTY OF PERJURY THAT ALL
   OF THE FACTS REPRESENTED IN THIS COMPlAINT
   AND ANY ATTACHMENTS HERETO IS TRUE
   AND CORRECT.


   SIGNED This 08 day of July_____, 2003.
                       Kerry Lawson    Doc # 00389205
                       Signature OF Plaintiff



**"FOR GOD SO LOVED"**
*-THE GREATEST DEGREE*

**"THE WORLD"**
*-THE GREATEST NUMBER*

**"THAT HE GAVE"**
*-THE GREATEST GIFT*

**"HIS ONLY BEGOTTEN SON"**
*-THE GREATEST SACRIFICE*

**"THAT WHOSOEVER"**
*-THE GREATEST OFFER*

**"BELIEVETH IN HIM"**
*-THE GREATEST POWER*

**"SHOULD NOT PERISH"**
*-THE GREATEST PROMISE*

**"BUT HAVE EVERLASTING LIFE"**
*-THE GREATEST REWARD*

**JOHN 3:16**

**\* \* \***

# MEDICAL DIARY

5-8-02 — MY Lawyer offered Plea, For 10 years, 5 years Flat.

5-9-02 — Went to Court, got off the bus, I was Shackled on my Feets, I was handcuff to other prison imates, there were about 5 prison gaurds, and about 25 imates, As we got off the bus, we were told to walk accross the grass in Front of the court house. We were walking to the side of the court house, they are doing construction work on the court house and not thru working. As I walk up to this breeze way, there's a high step up and my shackle on my Feet was stretch out and I trip on that high step up side walk and ~~fell~~, Fell on my knee all my weight came down on my Leg I heard it pop. As I Fell I was on the ground streaming and hollowing, the gaurd's stood up there like they didn't care, I personally heard officer ___Fred___ say out of his own mouth, he's Faking, he's Fucking Faking, one of the immates, heard a gaurd say that Fucking nigger is Faking,

By this time I'm still on the ground, they still took there own time to see about me, they were more concern about me giving them my other arm, so they can shackle me up from hand to hand. then I told them my Leg were num, they still hesititated about calling the parimetics, then I told them I was a Diabetic, that's when they got worried, one officer went got a coke for me to drink, they layed me back and shine light in my eye. then they called the Panametics. They then raised my paints Leg up, my knee was completely out of place. the ambulance came and put me on a stretcher, they tested my Blood Sugar and it was 280, which is high. Finally, I made it to River veiw Med Center, the Doctor took x-rays, he said I had torn tendent's But I need to see an Aurtopedic Surgent. he said he would set up an appointment to see one.

Well he Fax the appointment, but theese people never Called to see when the appointment was, 6 days later, they decided to take me to E.K.L. not checking For an appointment. Which means I'll have to go through Referral and the Long waiting process.

5/15/02: They decided to take me to the hospital, I didnt take none of my medicine, I didn't eat, I hurt all day, For 8 hours we waited For to see a doctor, When I did see one, he told us we had to come back because I already had an appointment, waste of time, and pain. Finaully I went For my appointment.

5/19/02: Went Back to Doc, They Did Blood work, they took my temp, Blood pressure, Doctor Says I have surgery one day Next week. I have to be cut down the center oF my Leg accross my knee cap. Doctor say I have a torn petela mucle, and torn tendent's

( Please SEE BACK Side of This PAGE )

5/27/02 only took pain Medicine For 3 days, I had Lauritabs, they claim my prescription ran out, Doctor says I'll where Brace 4 to 6 weeks, out of medic- after 3 days, now got me on I-bprofin, thats bull shit.

5/28/02 I couldn't sleep last night att all, I hurt all Night. They put me in this little room - c-109, they ask another inmate out of the Back to help me get arround to the toilet and shit. that's not his Place to do that.

6/1/02 out of Med. for the second time, this time it happen on a weekend, when the Nurse is not here. I'm waiting to see if I'll get some more or will they give me I-b Prophen

6/3/02 still know Medicine. The nurse want me to buy Ibreo off the store call, For 25¢ a Pack. Absdutly Not. I hurt all Night

6/5/02 Went got my staples out, the Doctors stated that I don't bend this knee because IF so. I can tear these mucles up again. Officer Jude, Try to tell me Not to sue them, I want get Nothing he says

6/9/02 I complain to the Ass. warden about being lock up 24-7 in room 109 without a T.V. Because Im intitled to a T.V. as long as Im not on Lock down, He agreed with me. But He ask me to give him until Monday and he would take care of it. it was a Friday when he said that. Sunday came, they move me out of that little room, and did worst then

that they put me in C-111, a holding cell For every inmate that come in, All Kinds OF Sick People comes in an out. They Put me in here with my Crodges, which my life is in danger, because if ~~some~~ some one comes in thats my enemy, he can use them against me or I can used them against them,

Almost a month without medicine still in Cell.

7/2/02 Went Back to court, Because my lawyer acts as if he's afraid of mrs o-bana, and she's holding a personal grudge against me because in 1992 I beat a possesion Charge, I feel she's trying to Sentence me to harse For my crime, I've already Set in Jail almost 7 months on a 250 thousand dollar Bond, thats extremly to High For my charge.

1/8/02 Sign contract with mr. Dale Behan, He excepted my case.

**Continue on Back

Ascension Parish Courthouse
C/o Ms. Wilemina Washington
828 S. Irma Blvd.
Gonzales, La. 70737

MS. Washington:

Accordingly, I would like too Thank-you for staking the time to assist my mother Ms. Ruby Lawson. I am also the grandson of Ellan Wilson. Nonetheless I don't Know if my mother really informed you of what exactly was going on. I am presently incarcerated for Distribution of a Controlled Dangerous Substence. My bond is currently set a the excessive amount of $250,000.00. Since my arrest, I have had an accident at the courthouse in Gonzale, because of such, I had too have a complete overhaul reconstructive surgery on my left right Knee. At the present time, I am trying too get the proper medical treatment, the correct therapy and for sure the opportunity too use my Knee once again, so that I can hopefully support my family one-day.

I've completed the jail's rehab program, in doing so, the Parish President before I got hurt ensured me employment. So, I've put myself in a position too once, again be a productive citizen of society, a husband and a father.

## RETAINER AGREEMENT

The undersigned client hereby employs and retains Behan Law Firm, L.L.C. to render legal services on his/her behalf against _Ascenson Parish. S.O._____ or anyone else liable to him/her as a result of _Trip & Fall_____ which occurred on or about the _9th_ day of _May_, _2002_.

In consideration of Behan Law Firm, L.L.C. performing these legal services, the undersigned client agrees to pay Behan Law Firm, L.L.C. _33⅓_ %, **PLUS EXPENSES**, of the total (gross) amount of any settlement or compromise **prior to filing suit**, or _40_ %, **PLUS EXPENSES**, of the total (gross) amount of any settlement, compromise, verdict or judgment **after filing suit** as the ATTORNEY'S fee. Client further grants to Behan Law Firm, L.L.C. an interest in the subject matter of this claim and/or suit, and client and Behan Law Firm, L.L.C. stipulate that the suit or claim may not be settled, compromised, released, discontinued or otherwise disposed of without the consent of each other, and Behan Law Firm, L.L.C. is granted an interest in the subject matter of the suit or claim, all in accordance with Louisiana Revised Statute 37:218.

It is understood and agreed that in addition to the ATTORNEY'S fee, Behan Law Firm L.L.C. and any associated attorneys shall receive and recover from any settlement, compromise, verdict or judgment, all costs, including copy costs, medical expenses, medical costs, depositions, expert fees, mileage, long distance telephone calls, court costs, postage and any advances to me or guarantees on my behalf. All expenses of this litigation will be reimbursed to Behan Law Firm, L.L.C. or any associated attorneys, or to The Business Bank of Baton Rouge (a lender) out of any funds recovered on this claim, which expenses will be paid after ATTORNEY'S fees are deducted. Behan Law Firm, L.L.C. is authorized to make direct disbursement from any settlement or recovery to pay such expenses and/or reimburse Behan Law Firm, L.L.C. or any associated attorneys, or pay lender any and all advances made by them for such expenses, together with any accrued interest or other charges incurred on such advances, said amounts to be in addition to the ATTORNEY'S fee.

Client agrees that if the claim is for Louisiana Workers' Compensation benefits, the ATTORNEY'S fee shall be 20% of the first twenty thousand dollars recovered and 10% of all amounts recovered after that, as fixed by statute, if the claim is for Longshoremans' Compensation benefits or Social Security benefits, that ATTORNEY'S fee shall be that approved by the Department of Labor or appropriate Administrative Law Judge.

Client expressly authorizes Behan Law Firm, L.L.C. and _Nathan Fisher_____ to assume joint responsibility for the representation of client, and client has been advised of and does not object to the participation of the above attorneys and the division of any ATTORNEY'S fee between them.

I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONTRACT.

Entered into at _Donaldsonville_, Louisiana, this _8th_ day of _July_, 2002.

BY: _____    _Kenny Lawson_____
BEHAN LAW FIRM, L.L.C.                    CLIENT

**ATTORNEY W. DALE BEHAN**
**BEHAN  LAW FIRM , L.L.C.**
**301 ST. FERDNINARD STREET**
**BATON ROUGE , LOUISIANA . 70802- 6146.**

**MR. KERRY  LAWSON**
**C.C.C. - E – DORM**
**499 OLD COLUMBIA  ROAD**
**HARRISONBURG , LA. 71340.**

**TO : ATTORNEY  DALE  BEHAN**
      **( LEGAL  COUNSEL )**

**DATE : MARCH  27TH  2003**

**FROM : KERRY  LAWSON**
        **( CIVIL  SUIT  CLIENT )**

**REF : <u>INQUIRY  AND REQUEST FOR  CURRENT UPDATE  OR   STATUS  OF CIVIL  SUIT.</u>**

Dear Attorney  Dale Behan :

I would hereby most respectfully , wish to tender my very urgent letter of **"Inquiry and  request"** , to your immediate attention , concerning the current status  or progress  of  my  **"valid· Civil  law suit"** legally contracted on <u>July  8th 2002</u>, against  Ascension  Parish  Sheriff Office . et.al .

I am very concern at this point that , no correspondence of substance has been received from your office, as my Legal Counsel in this Civil Suit , since July  2002. The only correspondence received From  you, was your recent change of address notification , dated <u>January  1st 2003.</u> For your information , I have tried relentlessly to contact  you by phone and in writing on  numerous occasions , without any success to date. Infact , recently whenever I tried to call your office , my collect calls are always rejected or refused . I asked my Mother to call your office several  times but she also  was unable to contact  you , because you are never available . I wrote you several times , without any type of  response  to date. Please advise what is really going on ?

As you are well aware and have seen , my  **knee injury** is so **serious** that it has caused  severe and **permanent  damage** with  visible <u>life time scares</u> to my entire left leg. Such  permanent physical injury and **deformity**  to a valuable part of my body , is **medically  irreversible** , due the **deliberate medical treatment  indifference** by Defendants . Such injury and deformity will also directly affect  my physical performance and career as a construction worker.

Finally , please advise whether you are still interested in being my Legal counsel ?, because I urgently need to proceed  with my civil suit. Infact , I have discussed my case with  two different  Attorneys , that are very interested . However, due to the retainer agreement  I  would like to  discuss my concerns with you, prior to  activating the " Release clause" of the contract , to officially release you from my civil case. So please notify me in writing  whether you are still my Legal Counsel and what exactly is going on  or what type of litigating progress has been made, since  we signed the contract in July  last year. Time is definitely of the  essence . please notify me in writing what are your legal intentions .

Your urgent official attention  and response  about all my foregoing concerns and questions stated herein , will be greatly appreciated indeed.  Looking forward to your prompt  professional response .

With  Kindest regards

*Kerry Lawson*
KERRY  LAWSON
( CIVIL  SUIT  CLIENT )

C:C: * Personal file  ( c.s. A .P et.al )
      * Mrs. Ruby  Lawson

**LOUISIANA STATE BAR ASSOCIATION**          MR. KERRY LAWSON
**OFFICE OF DISCIPLINARY COUNSEL**           CATAHOULA CORR CENTER
**4000 S. SHERWOOD FOREST BLVD**             499 OLD COLUMBIA ROAD
**BATON ROUGE , LA. 70816.**                 HARRISONBURG . LA. 71340.

TO : LBA –OFFICE OF DISCIPLINARY COUNSEL          DATE : **APRIL   28TH 2003**

FROM : **KERRY  LAWSON (Complainant )**

REF : **ATTORNEY   W.   DALE  BEHAN**

SUBJECT : **"VIOLATION  OF THE FIDUCIARY  RELATIONSHIP AND  INTENTIONAL INACTION TO PERFORM  CONTRACTUAL SERVICE AS LEGAL  COUNSEL"**

**Dear  LBA – OFFICE  OF DISCIPLINARY  COUNSEL :**

I would hereby most respectfully , wish to submit  my official and formal complaint to your immediate attention, concerning the **unprofessional ,ineffective ,incompetent, untrustworthy** and **deliberate inaction** by **Attorney  W. Dale Behan** ,to represent and act on my behalf  as legal counsel on a civil suit  as per our legal contractual  agreement , signed on July 8th 2002. Frankly speaking , Attorney Dale Behan clearly  **" Sold  me Out "** . to defendants , by refusing and intentionally delaying taking any action with my  civil suit , despite the fact he was well aware and knowledgeable about the one year statute of limitations deadline,  for filing such a civil suit  within the State of Louisiana  State District Court. Personally speaking, Mr. Behan's Legal and moral character  notwithstanding his Integrity , are all under serious question, at this point , as a very  **disappointed** and **dissatisfied** client , about the Legal Profession that Mr. Behan supposed to represent. The **main foundation** of our **"Fiduciary  Relationship" ( good faith Trust )**, which I  placed upon someone that **supposed** to be my  legal counsel ,was **directly** and clearly **violated** in this case, by Mr. Dale Behan. ( Attorney at Law. ).

I firmly Asserts the foregoing factual and valid complaints due to the following deliberate **actions , inactions** and **reasons** by  Attorney  Dale  Behan , over the past nine Months :

( 1 ) That for over nine  months, Attorney  Dale Behan , deliberately delayed  and intentionally failed to file any  civil suit  or  papers on my behalf  , despite the legally signed contract.

( 2 ) That because of such deliberate inaction , by Mr. Behan, for over nine Months , since date of signed legal contract ,on, July 8th 2002, the one year statue of limitation from date of serious irreversible physical Injury  will expire on May  9th 2003 , which is clearly less than two weeks from the date Mr. Dale notified me of such a deadline.

( 3 ) That , I was made aware of such a rapidly approaching **deadline of May 9th 2003** , ( statute of limitation ) **only after** , I personally wrote Attorney  Behan a fourth letter on April 14th  2003 ,officially terminating his services as my legal counsel because of his deliberate inaction and intentional  delayance  of doing nothing ,for over nine Months. This is actually less  than 21 working days before the statue of limitation expires.

( 4 ) That I did tried relentlessly  in good faith to contact  Mr. Behan by "telephone and in writing" over a nine Month period , without any success. My phone calls were constantly rejected and no response to any of my several correspondences inquiring about my civil case.

( 4 ) That it was very obvious and clear by the unusual and suspicious actions and behavior of Attorney Dale Behan, that he was **indirectly working** for defendants in this case or has some type of classified or **hidden behind the scene agenda** , like most crooked Lawyers .

( 5 )That the **"Retainer Agreement "** contract signed on 7 / 8 / 2002 , was indeed a total waste of my **"good faith time and efforts"** and clearly an" insult to my intelligence". Mr. Dale Behan **knew** very well from the **"Get Go"** , that he was **not trustworthy** and would not be legally representing my **best interest** , and should have so spoken , by telling me the **whole truth** , by being professional enough and terminate / cancel the contract , at least days or weeks after the July 28th 2002 date , and not forced out of him less than 21 days before the May 9th 2003 deadline.

( 6 ) That I never received any type of correspondence of substance about my case , from Mr. Dale Behan , for over nine Months since July 8th 2002, except two correspondences dated July 26th 2002 and December 26th 2002 , containing a copy of the Retaining Contract and a Change of Address notification respectively .

( 7 ) That Attorney Behan knew very well and was legally knowledgeable and aware of the May 9th 2003 statute of limitation deadline and expiration date to file the civil suit, but deliberately failed to do anything , hoping the statute of limitation date will expire , and he will not have to proceed with the case , thereby leaving me helpless with nothing . It seemed his suspicious and unusual actions were all premeditated and well planed days after I signed the contract with him. Need I say more ... ???

( 8 )That I have tried for over the nine months to contact Attorney Behan about my case ,without any success, since July 2002. When ever I tried to call collect or direct at my own expense are at no cost to him, my calls are always rejected or refused by Attorney Dale Behan.

( 9 )That it became very routine **"game playing tactics"** with Attorney Behan's office, became very routine , that whenever I called , he is always busy or unavailable to talk to me. Infact, his receptionist was so well trained and conditioned, that she always "put me on hold and check with Attorney Behan , then returns to the phone minutes later, and **untruthfully** tells me the usual **untrue statements**, that he is " out office or unavailable" , for over nine Months. Even a three year old child knows better. A word for the wise is enough . Need I say more .....???.

( 10 ) That , whenever my beloved Mother tried on numerous occasions to contact Attorney Dale Behan on my behalf, , she too was always treated with the same unprofessional and disrespectful game playing tactics. An example of this was on Monday April 14th 2003, during a three way telephone call , the Receptionist this time told me while my Mother was listening , that Attorney Dale Behan , was out of the Office, and that she was **not authorized** to take massages or give any information. Now, that's ridiculous and absurd for a Law Office.

( 11 ) I was further told by Attorney Behan's Receptionist , during my April 14th 2003 phone call , that she was not allowed or authorized to tell me " when and what day or time during the week, that was best to call and talk to Attorney Dale Behan. once again such unprofessional tactics was normal with Mr. Dale Behan.

( 12 ) Personally speaking , such **unwise** , **negative** and **unprofessional** attitude and behavior of a Legal Counsel or any employee of a Legal Law firm, that has signed a legally binding contract with a Client , is very " **troubling** and **unbecoming** an Attorney or a Legal Law Firm".

( 13 ) it is very clear from the factual and valid information cited in this foremost complaint, that the basic Legal Foundation of **"Trust and Good Faith"** , all of which formed the main structure of the Attorney Client **"Fiduciary Relationship"** , was **directly** and **deliberately** violated by Attorney Dale Behan, in this case.

( 14 ) It was because of all the foregoing valid and factual assertions that clearly violated the provisions of the **" fiduciary Relationship "** and **" Good Faith Trust"** , were violated and convinced me to legally and officially terminate the retainer contract with Mr. Behan on Friday April 18th 2003 , which in legal reality ,never existed in action .

( 15 ) I also formally and officially requested a copy of my entire or complete file , in the possession of Attorney Dale Behan , which contain pertinent documents , information and materials about my case. But to date , nothing has been received form Attorney Behan , concerning my request .

Finally , all the foregoing factual statements are valid and deserved very serious consideration and review at the highest level by the Office of Disciplinary Counsel Division at the Louisiana Bar Association . Please be advise that , a copy of this complaint , will be mailed to both the American Bar Association and the Louisiana secretary of State Office , for any further Official administrative Action that may be needed , in addition to the official action of Louisiana Bar Association .

Your urgent and considerate action concerning my valid and factual complaint , against Attorney W. Dale Behan, will be greatly appreciated indeed. Please do not hesitate to advise, of any Legal action or steps , that may be undertaken to report such Gross Judicial impropriety and unprofessional inaction.

Looking forward to Your official response . You may also contact me for any additional information or clarification you may need.

Respectfully Submitted

Sincerely

**MR. KERRY LAWSON**
( Complainant - Dissatisfied - Client )

C :C : Personal File
American Bar Association
Louisiana Secretary of State Office
Mrs. Lawson

**BEHAN LAW FIRM , L.L.C.**
**ATTN : W. DALE BEHAN**
**8712 JEFFERSON HIGHWAY, SUITE # B**
**BATON ROUGE , LOUISIANA. 70809 – 9819.**

**KERRY LAWSON**
**CATAHOULA CORR CENTER**
**E – DORM**
**499 OLD COLUMBIA ROAD.**
**HARRISONBURG , LA. 71340 .**

**DATE : APRIL 14TH 2003**

TO : <u>**ATTORNEY . W. DALE BEHAN**</u>

FROM : <u>**KERRY LAWSON**</u>
      <u>( DISSATISFIED CLIENT )</u>

REF : <u>**TRANSMITTING MEMORANDUM OF A DISSATISTIED CLIENT .**</u>

SUBJECT : <u>**CANCELLATION OF LEGAL CONTRACT ( RETAINER AGREEMENT )**</u>

Dear Attorney W. Dale Behan :

It is with great **<u>regret</u>** , **<u>disappointment</u>** and **<u>frustration</u>** ,that I respectfully , submit my fourth and <u>final correspondence</u> (letter), to your immediate and personal attention , concerning the <u>deliberate</u> and <u>intentional</u> violations of our Legal Contract Agreement ( Retainer Agreement ) , dated <u>July 8th 2002.</u> After over eleven Months since my serious physical knee and Leg Injury and over ten Months since we signed the <u>"Retainer Contract"</u> , I finally realized and concluded ,that you are totally and clearly, <u>Ineffective</u> , <u>legally unprofessional</u> and <u>incompetent</u> as my Legal Counsel. Frankly speaking, you legally and literally **<u>"sold me out "</u>** to Defendants , because of your <u>untrustworthy</u> behavior and actions since July 2002 , which automatically makes you an honorary member of the **<u>"crooked Attorney's club" .</u>** It became very obvious to me after ten months that, you never intended to legally act on my behalf or represent my interest in **<u>" good Faith"</u>** . You should have been professional ,Honest and straightforward with me ,and let me know from the <u>"get go"</u> ,that you did not want to represent me or my interest. But you failed to do so as a legal scholar and Officer of the Court and the United States Judicial system . Personally ,Your professional <u>character</u> and <u>Integrity</u> is definitely under <u>serious</u> legal and moral question at this point.

I came to the foregoing **<u>"Valid</u>** and **<u>Factual"</u>** conclusions , due to the following reasons :

( 1 ) All you actions and behavior makes me think and feel that you are working for the defendants and has some type of hidden behind the scene agenda.

( 2 ) That the "Retainer Agreement" signed on 7 / 28 / 2002 , was a total waste of my precious time and "good faith efforts" .

( 3 ) The fact that , I never received any type of Informative correspondence of substance with specific progress or developments about my case for over ten Months , or since July 2002.The only correspondences received were dated 7 / 26 / 2002 and 12 / 26 / 2002 , containing the Retainer Contract and your change of address notification respectively.

( 4 ) That you were well aware and knew about the State " statute of limitation" concerning my case , but never did nothing about it , for over ten Months .

( 5 ) To date , nothing , of any Legal or progressive substance , has been received from you concerning my civil suit.

( 6 ) I have been trying desperately since July 2002 , to contact you personally , without any success to date.

( 7 ) When ever I tried to call your office collect , my phone calls are always refused or rejected, since July 2002.

( 8 ) Even when I called directly at no cost to your office , to speak to you about my case, you are always unavailable or busy to talk to me . It became a routine game with your legal office receptionist , because she always put me on hold to check with you and then came back to tell me that you were out of the office or unavailable. Even a two ( 2 ) year old child do not play such games.

( 9 ) Whenever my beloved Mother tried to contact you directly on my behalf , she too was always given the same unprofessional and disrespectful treatment and game playing excuses, by being told that Attorney Dale Behan is always out of the office or unavailable.

( 10 ) Infact When my Mother and I tried to contact you on Monday April 14th 2003 on a three way telephone call , once again , the Receptionist this time told me with me mother listening , that you ( Attorney Dale) was out of the office, and she was not authorized to take or give any massages.

( 11 ) I was also told that , she ( the Receptionist ) was not allowed or authorized to tell me when and what day or time during the week , was best to call and talk to Attorney W. Dale Behan , during my direct call on 4 / 14 / 2003.

( 12 ) Such negative and unprofessional attitude and behavior of a legal counsel or any employees of a Legal Law firm , that has signed a binding contract with a legitimate client, is very troubling and unbecoming an Attorney or a Legal Law Firm.

( 13 ) It is very clear unequivocally that the **Legal foundation** , **Trust** and **good Faith Efforts** which formed the main structure of the "Fiduciary Relationship" between Attorney and his / her Client , was directly and deliberately violated in this case.

( 14 ) As a result of all the foregoing **valid** and **factual** Assertions stated herein and violation of the "**Fiduciary Relationship**" and **Trust** , I am officially requesting the termination or cancellation of the Legal Contractual agreement , signed on 7 / 8 / 2002 , effective Friday the 18th day of April 2003 .

( 15 ) I am also Formally and Officially requesting that , you ( as a officer of the Court) in good faith, send me a copy of my entire or complete file , with all pertinent documents , information or materials , in your current possession.

( 16 ) As per paragraph two ( 2 ) of the "Retainer Agreement" , I am hereby officially notifying you , ( Attorney W. Dale Behan ) and Behan Law Firm , L.L.C. , that due to the foregoing valid reasons and violation of our good faith trust , Fiduciary Relationship and the Attorney Client Privilege , that the Contract signed on 7 / 8 / 2003, be officially and Legally **discontinued** ,and **voided** , effective July 18th 2003 and that Attorney W. Dale Behan and his Law Firm, be "**Released from and not legally authorized**" to represent me in any capacity or act on my behalf .

( 17 ) Please be advised that due to the **discontinued** and **voided** contract, Attorney W. Dale Behan nor the Behan Law Firm , **has no** further or future **Interest** or **claim** in my civil case ( this case ) or subject matter of the Civil Law Suit effective  4 / 18 / 2003.

( 18 ) Please retain this Memorandum  document , as  an official  legal  document  for the formal  termination  of your Legal services and retain in your file for future references. This is my good  faith  cease  and desist  notification to discontinue our contractual relationship that never existed  and legally releasing  Attorney Behan and Behan Law Firm, from  representing me in any current or future civil  litigation effective  4 / 18 / 2003.

Your  very urgent attention , good faith cooperation and response  in acknowledging  the receipt of this Legal document , from  a former client  and providing me with all the requested legal documents and materials in my file , will be greatly appreciated .


Looking forward to you urgent  and  professional  response.



With  Kindest  Regards

Sincerely

**MR.  KERRY  LAWSON**
**( A  DISSATIFIED  CLIENT )**

C:C: Personal  File
        Mrs. Lawson
        Clerk of Court

*Exhibit's H*

# BEHAN LAW FIRM, LLC

W. DALE BEHAN
ATTORNEY AT LAW

April 22, 2003

Mr. Kerry Lawson
Catahoula Correctional Center
499 Old Columbia Road
E Dorm
Harrisonburg, LA  71340

RE:     **Accident of 5/9/02**

Dear Mr. Lawson:

I received your letter of April 14, 2003.  Accordingly, I will not be taking any action on your behalf and will not be filing any lawsuit on your behalf as a result of damages you sustained in the incident of May 9, 2002.  You have one (1) year from the date of the incident in which to file a suit for damages or you will forever lose your rights to recover from the incident of May 9, 2002.

Again, I will not be taking any action on your behalf.

With kindest regards, I remain

Very truly yours,

**BEHAN LAW FIRM, L.L.C.**

W. Dale Behan

WDB/rgg

Received
4/25/03

THE PROPERTY MANAGER        MR. KERRY LAWSON
ATTN: MRE. LEMON            CATAHOULA PARISH CORR CENTER
ASCENSION PARISH JAIL       E – DORM
2384 LEMANVILLE CUT / OFF ROAD    499 OLD COLUMBIA ROAD
DONALDSONVILLE , LA. 70346.       HARRISONBURG , LA. 71340.

TO: <u>MRS. LEMON / LEMOINE</u>
    ( Property Manager )

FROM: <u>KERRY LAWSON</u>       DATE: <u>FRIDAY APRIL 24TH 2003</u>

REF : <u>MISSING PROPERTY</u>

SUBJECT : <u>FABU OUTFIT – VALUED AT $150 . 00.</u>

Dear Mrs. Lemon / Lemoine : ( property manager )

I would hereby most respectfully, wish to submit my fourth official correspondence of Inquiry and request , to your official attention , concerning my <u>" missing Fubu outfit"</u> , that was never found and given to me prior to being transferred from your Jail facility, on <u>Thursday February 13th 2003.</u>

For your information , Sgt. Gaines is well aware of my missing Fubu outfit , because he saw it in a certain location , but when he tried to locate my property ( the fubu Outfit ) he could not locate it prior to my departure. You may check with him concerning my personal property.

I assume it might have been <u>stolen</u> or <u>mis- placed</u> some where , thus it became unaccounted for on the day of my transfer. As you are well aware, I have written to you <u>on three different occasions</u> and my family have called several times ,without any success of reclaiming or securing my "Fubu Outfit". Neither Have I received any type of response from you or any jail Officials concerning my missing "Fubu Outfit." Thus, I am hereby once again , <u>legally</u> making all <u>good faith efforts,</u> to secure my personal property or be <u>financially reimbursed</u> for my missing or stolen <u>" Fubu Outfit"</u> , at the retail cost of <u>$150.00 ( one hundred and fifty dollars.)</u> , made payable directly to me .

Please be advised that, I am trying to resolve this matter in a very reasonable and professional manner. I have been extremely patient for over nine months now , with over three different correspondences and phones calls without any success. It would be very prudent, to resolved this matter in a professional and considerate manner , to avoid any unforeseen legal consequences or ramifications . please do not hesitate to contact me for any additional information or clarification you may need.

Your urgent attention with this matter will be greatly appreciated indeed . looking forward to you official and prudent response.

                  Sincerely

                 _____
                 MR. KERRY LAWSON
                 ( Missing / stolen property Owner )

C:C:   Personal File
      Mrs. Lawson
      Sheriff Wiley
      Warden Webre

**ABA**
Defending Liberty
Pursuing Justice

AMERICAN BAR ASSOCIATION

**Membership and Marketing Division**
541 North Fairbanks Court
Chicago, Illinois 60611-3314
(312) 988-5000
FAX: (312) 988-5528

May 19, 2003

Kerry Lawson
Catahoula Correction Center
499 Old Columbia Road
Harrisonburg, LA 71340

Dear Mr. Lawson:

Thank you for your inquiry. The ABA is a national, voluntary professional association. Lawyers are not required to join the Association as a condition to practice law. Our only role in lawyer discipline is to provide general recommendations and guidelines to state disciplinary authorities and courts for improvements in the disciplinary process.

The ABA has no jurisdiction and no authority over state bar associations. Ultimate authority over lawyer discipline in each state lies with the supreme court of that state. The Association does not address specific complaints or maintain disciplinary records because we have no power to investigate or intervene in matters involving individual lawyers. Please refer to the enclosed list for the appropriate agency to contact.

Regards,

Meredith Jackson
Meredith Jackson
ABA Correspondence



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

### OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

*Exhibit "K"*

May 20, 2003

Mr. Kerry Lawson
Catahoula Correctional Center
499 Old Columbia Road
E-31
Harrisonburg, LA 71340

|  | RE: | **RESPONDENT** | **William Dale Behan** |
| --- | --- | --- | --- |
|  |  | **COMPLAINT NO.** | **0017115** |
|  |  | **COMPLAINANT** | **Kerry Lawson** |

Dear Mr. Lawson:

This will acknowledge receipt of your complaint.

At the outset, you should know that by law, this office may not advise you of your legal rights. We cannot assist you, nor intervene, in any pending legal actions. We are not empowered to overturn any of the transactions in which you have been involved, or to award monetary damages of any kind. Our function is limited to the investigation of possible violations of the Rules of Professional Conduct of the Louisiana State Bar Association.

This matter has been assigned to **Mimi T. Nguyen,** Deputy Disciplinary Counsel. You will shortly receive additional correspondence regarding this matter. In the future, when corresponding with this office, please write to the counsel assigned, utilizing the above referenced complaint number.

Thank you for bringing this matter to our attention.

Sincerely,

Charles B. Plattsmier
Chief Disciplinary Counsel

CBP/pab



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

## OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

May 28, 2003

Mr. Kerry Lawson
Catahoula Correctional Center
499 Old Columbia Road
E-31
Harrisonburg, LA 71340

> RE: **RESPONDENT**    **William Dale Behan**
> **COMPLAINT NO.**   0017115
> **COMPLAINANT**    **Kerry Lawson**

Dear Mr. Lawson:

This will acknowledge that on May 9, 2003, this office received your complaint concerning the referenced attorney. This office is now conducting an inquiry into this matter and will advise you of its findings. When corresponding with this office, please refer to the above referenced complaint number.

Please understand this office is not permitted to give you legal advice or represent your legal interests. Further, we do not have the authority to award damages or render any sort of money judgment; only a court of law can do so. If you feel you have a claim against an attorney for damages, you may take legal action through a court of law or consider seeking legal advice from another attorney.

Our function is limited to the investigation of possible violations of the Rules of Professional Conduct of the Louisiana State Bar Association. Thank you for bringing this matter to our attention.

Sincerely,

Mimi Nguyen

Mimi T. Nguyen
Deputy Disciplinary Counsel

MTN/lbl



# LOUISIANA ATTORNEY DISCIPLINARY BOARD

*Exhibit "L"2.*

## OFFICE OF THE DISCIPLINARY COUNSEL
4000 S. Sherwood Forest Blvd.
Suite 607
Baton Rouge, Louisiana 70816
(225) 293-3900 • 1-800-326-8022 • FAX (225) 293-3300

May 28, 2003

Mr. William Dale Behan – CERTIFIED MAIL-7196997974900004659З
8712 Jefferson Hwy, Ste B
Baton Rouge, LA 70809

|  | | |
|---|---|---|
| **RE:** | **RESPONDENT** | **William Dale Behan** |
| | **COMPLAINT NO.** | **0017115** |
| | **COMPLAINANT** | **Kerry Lawson** |

Dear Mr. Behan:

This office has received a complaint filed against you by Mr. Kerry Lawson . The enclosed material contains allegations about your conduct which require the Office of Disciplinary Counsel to obtain a written response pursuant to Supreme Court Rule XIX, Sec. 4B(2). You are required to provide a substantive response, with documentation, to each allegation of misconduct within fifteen (15) calendar days from the date of the receipt of this letter so that we can make an appropriate disposition as soon as possible. At this time, the Office of Disciplinary Counsel has not taken any position regarding the validity of the allegations.

We call your attention to Rules 8.1(b) (c) and 8.4 (g) of the Rules of Professional Conduct, as well as Louisiana Supreme Court Rule XIX, Sec. 9C, which set forth your duty to respond to a request for information on a complaint filed with this office. Failure to supply the requested response within fifteen (15) days may necessitate the taking of your deposition pursuant to subpoena, at your cost. A failure to respond may also result in disciplinary action being taken both on their merits and for failure to cooperate.

This matter is confidential at this stage except for necessary disclosures in the course of our investigation. A necessary disclosure may include, for example, sending a copy of your response to the complainant for comment.

Your prompt action will be appreciated.

Sincerely,

Mimi T. Nguyen
Deputy Disciplinary Counsel

MTN/lbi

cc: Mr. Kerry Lawson



PARISH SEAT
COURTHOUSE
300 HOUMAS ST., SUITE E
DONALDSONVILLE, LA
BUS. OFFICE: 225-473-8671
FAX: 225-473-8245
DISPATCH: 225-473-8673
JAIL: 225-473-8674

**ASCENSION PARISH**

# SHERIFF

*JEFFREY F. WILEY*
Sheriff and Ex-Officio Tax Collector

Post Office Box 268 • Donaldsonville, LA 70346-0268

GONZALES OFFICE
828 SOUTH IRMA BLVD.
GONZALES, LA 70737
BUS. OFFICE: 225-621-8340
DISPATCH: 225-621-8300
WARRANTS: 225-621-8308
FAX: 225-621-8323

May 19, 2003

Mr. Kerry Lawson
Catahoula Parish Jail
E-Dorm
499 Old Columbia Rd.
Harrisonburg, LA 71340

Mr. Lawson,

I have received your letter regarding the Fubu outfit. We will conduct an additional search for your clothing. If the items are found, we will forward them to the above address. If we cannot find the items, I will discuss with the Sheriff on the best method of replacement. Please let me know if you received this letter and the address is still valid.

Sincerely,

Bobby Webre
Warden

**Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

KERRY LAWSON
**Full Name of Plaintiff, Prisoner Number**

Civil Action No. _NEW CASE_

SHERIFF JEFF WILEY

WARDEN BOBBY WEBRE

X- CONSTRUCTION COMPANY.
**Full Name of Defendant(s)**

### COMPLAINT

**I. Previous Lawsuits**

    A. Have you begun any other lawsuit while incarcerated or detained in any facility?
    Yes _____ No ✓

    B. If your answer to the preceding question is yes, provide the following information.

        1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

            N/A

        2. Name the parties to the previous lawsuit(s):

            Plaintiffs: _____
                    N/A
            Defendants: _____

        3. Docket number(s): _____ N/A _____

        4. Date(s) on which each lawsuit was filed: _____ N/A _____

        5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

            N/A

C.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes _____    No ✓

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____ N/A _____
_____

II.  A.  **Name of institution and address of current place of confinement:**

Catahoula Correctional Center, 499 Old Columbia Road, Harrisonburg, Louisiana. 71340.

B.  Is there a prison grievance procedure in this institution?
Yes ✓    No _____

1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes ✓    No _____
If Yes, what is the Administrative Remedy Procedure number? *NEVER RECEIVED A Response or Number despite several grievances filed, Throughout my detention at Ascension Parish Jail.*

2.  If you did not file an administrative grievance, explain why you have not done so.

I did filed several A.R.P. to Defendants 'Wiley and Webre, But received NO Response, Because the ARP Process at Ascension Parish Jail, was NON-Existant and totally Inadequate, Thoughout my Incarceration at A.P.J.

3.  If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, and do you make a claim under the Federal Tort Claims Act?)

Due to the fact that the A.R.P. Procedure is NON-Existant AND INeffective, I Never Receive ANY Response, I tried on several occasions to contact the Dept. of Corrections, But was Deliberately denied and my requests and good faith efforts to write D.O.C. were all INtentionally Interfered with. and Correspondences distroyed, by defendants At A.P.J. Copies of all my documents were Confiscated And distroyed by Defendants, Prior to being Transfered to Catahoula Correctional Center on February 13, 2003.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

A. Name of Plaintiff KERRY LAWSON

Address CATAHOULA CORRECTIONAL Center
499 OLD Columbia Road, HARRISONBURG, LA. 71340.

(1) B. Defendant, JEFF WILEY _____, is employed as

SHERIFF at Ascension Parish Jail .
2384 Lemonville cut/off Road, Donaldsonville, LA. 70346.

(2) Defendant, BOBBY WEBRE _____, is employed as

WARDEN at Ascension Parish Jail
2384 LEMONVILLE Cut/off Road, Donaldsonville, LA. 70346.

(3) Defendant, CONSTRUCTION COMPANY — X _____, is employed as

BY: Ascension Parish Police Jury at 825 South IRMA BLVD.
Gonzales, LA. 70737
(4) Additional defendants DEPUTY DARREL GAINES, (5) SGT. Miles

(6) DEPUTY FRED Dill (7) SGT. NAPPS — ALL EMPLOYED BY ASCENSION
PARish Jail At 2384 LEMONVILLE Cut/off Road. Donaldsonville, LA 70346.

**IV. Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named
defendant. Include the names of all persons involved in the incident(s) or condition(s) giving
rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or
condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL
ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES
OR ARGUMENTS.**

ON Thursday MAY— 9th— 2002 at Approximately 9:AM while being Escorte
to a Court hearing at the Ascension Parish Courthouse, IN DOWNTOWN
Gonzales. My left hand was handcuffed AND Chained together with four
other Inmates with The same chain line of handcuffs, both of My feet
were also handcuffed. While being INVOLUNTARILY Pulled trying to
walk and Navigate Arround Several Construction OBSTICLes in the area,
within the full scale Construction Site by X— Construction Company. that
was working on the Parking Lot areas arround the Courthouse grounds.
Because of the Physical difficulties in walking overand arround the
Contruction Objects AND Obsticles That were within the Contruction Site.

* CONTINUE ON ATTACHED SHEETS.

**THE U.S. FEDERAL DISTRICT COURT - CONTINUE FROM SECTION**
**1V – Statement of Claim On page # 4 . ( KERRY LAWSON – Plaintiff - pro – se )**

Instead both Officers deliberately took a <u>" short Cut"</u> through the dangerous construction obstacles and objects, by passing the proper main entrance , which would have been safer and easier to enter the main Court House building. However, while trying to maneuver and cautiously walk around and within the Construction sight and obstacles that leads to the courthouse entrance the difficult way, under the direct supervision and control of Sgt. Napps and deputy Fred Dill , I was suddenly and unexpectedly forcefully and violently pulled to the ground , by the Inmate in front of me , which caused me to helplessly "fall violently and forcefully" on some solid objects at the "unsafe and short cut route", being utilized by both officers Napps and Dill , to get us to the main entrance of the courthouse building. Such Intentional and deliberate decision by both officers , caused me to suffer a **major Injury** to my Left leg and knee , that resulted in very **excruciating , severe** and **unbearable** pain to my Left leg and knee for numberless hours . Both officers were very unconcerned and insensitive, Infact officer Dill kept saying that there was nothing wrong with me , that I was just faking and trying to avoid going to my Court hearing , despite my painful groaning and being unable to move . He began to be very insensitive and mean spirited trying to get me to get up and walk , when I physically at that point was in extreme pain and could not walk. It was only when I told both officers that "I am a diabetic" and the continuous internal bleeding could affect my blood pressure and create a more fatal condition for me , that I was taken seriously and given medical attention. I later discovered while at the Hospital, that the " patella tendon muscle" in my left knee was severely ruptured ( damaged or torn ). Thus I realized very quickly that I had suffered a very serious and Irreversible type bodily Injury to my left leg and knee, which was the reason why I was unable to stand or walk physically . Such a serious injury, left me with permanent physical scars , deformity and internal damaged muscles , that has left me limping and unable to walk normally and frequently experiencing painful difficulties walking each and every day. Such permanent and severe Injury , has already affected and will directly affect my future as a Professional Construction worker. Thus, will directly affect my future financial Income , as the Head of Household , to financially support and take care of my beloved family, especially my young children.

**PLAINTIFF FURTHER ASSERTS THE FOLLOWING:**

( 1 ) That at my arrival back at the Jail facility ( Ascension Parish Jail ) , from the hospital on Thursday May 9th 2002 , at approximately 1:35 p.m. , while still in severe and excruciating pain , I was deliberately and Intentionally **ignored** and **denied** the required, needed and prescribed pain medication by specifically defendants , **Jeff Wiley , Bobby Webre , Nurses Michelle, and Laura ,** for over six days ( over 144 hours ) despite my repeated cry and pleading for the prescribed pain medication to ease my unbearable pain, because they said it was too expensive. All four defendants deliberately failed to adhere to the required and necessary pain medication recommended Medical Doctors and further failed to follow the Medical Doctor's instructions to return me back to the Hospital for needed and necessary medical treatment and required Operation, within three days from May 9th 2002 , because of the seriousness of my Injuries . Instead, I was deliberately taken to the Hospital Six ( 6 ) days later on 5 / 15 / 02 , three ( 3 ) past the medically recommended and scheduled date of 5 / 12 / 2002 . Such delayance caused further deterioration and damage to my untreated left leg and knee.

( 2 ) That because of the deliberate and Intentional delayance in taking me to the Hospital past the Medically scheduled date for required treatment and Surgery, defendants Jeff Wiley and Bobby Webre , ordered me taken to the Hospital on **5 / 15 / 2002** , while still in severe pain , but it was all a wasted trip and time , because the Hospital was expecting me on **5 / 12 / 2002** and not **5 / 15 / 2002**. Thus, I was sent back and rescheduled for surgery on **5 / 22 / 2002** , when the doctor and specialist will be available to do surgery on my left leg and knee.

**( Page # 1 of 3 – attachments )**

( 3 ) Because I was still in excruciating pain , I was taken to the Hospital again on 5 / 19 / 2002 after repeated complaints of the unbearable pain and difficulty moving . I was checked and preliminary work was done for the scheduled surgery on 5 / 22 / 2002 .

( 4 ) After my surgery and I returned back to the Jail on 5 / 22 / 2002 , while still experiencing severe pain , I was **Immediately punished** once again ,by defendants Jeff Wiley and Bobby Webre, by being placed in cell # 109 , a very small Isolated cell that makes it extremely difficult to ask for help or communicate with anyone . It was also difficult to find a medical staff to assist me when in pain or need help with moving to and from the toilet, because of the extreme pain and difficulties I have been experiencing walking and moving around .

( 5 ) That three days after my surgery on May 25th 2002 , I was once again denied the required pain Medication by Defendants Jeff Wiley , Bobby Webre and both Nurses Laura and Michelle despite my repeated verbal and written requests for needed and prescribed pain medication , due to the unbearable pain I was suffering.
( 6 ) That I suffered from frequent high sugar level in my blood through out my detention at Ascension Parish jail while suffering from such severe and painful knee Injury , because of constant pain and high anxiety level that rises and caused by deliberate and Intentional punishment and retaliatory actions by all four defendants Wiley , Webre , Nurses Laura and Michelle , for over nine Months.

( 7 ) I was further punished and retaliated against, by Defendants Wiley and Webre , on June 11th 2002 , when I officially complained and grieved about the constant mis-treatments and denial of my required painful medication. I was physically moved vindictively , from a bad cell # 109 to a worst cell # C- 111, a very nasty and grossly unsanitary and inhumane "Holding Tank" , where there is no bed , chairs , or any sanitary supplies or linens . I have to sleep on a cold nasty concrete floor with totally deteriorating and unsanitary thin unpadded mattress , that a dog wont even sleep upon . This cell is always overcrowded and constantly filled with over 13 ( thirteen ) people , when legally it supposed to hold only 5 ( five ) people.
( 8 ) Being placed in the Holding Tank ( C – 111) by Defendant's Wiley and Webre, was clearly vindictive and retaliatory punishment for complaining about being denied my needed and required pain medication and the very unsanitary living conditions in cell # 109. Incoming Inmates and newly arrested Individuals, were constantly assigned to the Holding Tank , which makes it totally and somewhat impossible to live or even move around , notwithstanding my major leg injury and severe pain that I was still experiencing .
( 9 ) I was deliberately punished by being placed in the Holding Tank (cell – C – 111 ) , for over thirty ( 30 ) days , under very unsanitary and inhumane conditions , where the ventilating system does not work or operate properly . Where I was always forced to live in a constantly over crowded environment , in a tank type cell designed for only five people. I constantly have breathing and respiratory problems throughout my stay in the Holding Tank. There is only one toilet in the view of every one to see , which frequently numbered over fifteen ( 15 ) people while vindictively assigned to the Holding Tank, for over 30 days. It was like human beings in a "sardine can" , living on top of each other.

( 10 ) Because of my complaints and grievances about the continuous denial and Inadequate medical treatment and failure to follow a Medical Doctor's instructions concerning my treatment of such a severe injury , I was clearly subjected to constant **Harassments** , **unsanitary living conditions** and **vindictive and retaliatory treatments** by Defendants **Jeff Wiley , Bobby Webre , Nurse Michelle and Nurse Laura**, for over nine ( 9 ) Months , from May 9th 2002 through February 13th 2003 . As a result of such Constitutional , inhumane and Civil Rights violations, I have been and still currently suffering from **permanent frequent Pain** ,**visible physical deformity** and **scars on my left leg and knee** , which may continue for the rest of my life . Thus , all foregoing defendant's actions clearly shows **" deliberate Indifference "** to Medical Treatment .

**( 11 )** My  personal  property ( a Fugu Jump suit ) and all my  valuable **Legal documents , materials** and information , were all deliberately confiscated ( seized ) by Defendants **Sheriff  Jeff Wiley , Warden Bobby Webre** and property officers **Lemon** and **Gaines** , prior to my  retaliatory transfer to my current location ( Catahoula Correctional  Center ) on Thursday February 13th 2003. All the foremost document and copies of grievances and request forms , were all deliberately confiscated  on 2 / 13 / 2002. To date nothing has been received from defendants , despite numerous verbal and written requests , with several telephone calls to secure  all my Legal Documents and personal property intentionally confiscated.

**( 12 )** I have the names of three ( 3 ) eye witnesses  and possible few others that are currently being located  ,that will be  willing and able to testify in court about all the allegations stated  in my 1983 complaint.

Respectfully   submitted

_____
**KERRY  LAWSON**
**( PLAINTIFF - PRO -SE )**

**DATED : APRIL  30TH 2003**

( Page  # 3  of 3  attachments. )

Deputy Fred Dill and Sgt. Napps Both Employed BY
Defendants Wiley and Webre, failed to Adhere
to the Safety Policies and to guide our Paths to the
Proper and safe main entrance to the Court house Building.

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal
arguments. Cite no cases or statutes. PLAINTiff Is Seeking :—
one Million, Five Hundred thousand Dollars ($ 1,500,000.00)
For Deliberate Indifference to Medical Treatment,
For Punitive And Compensatory Damages

## VI. Plaintiff's Declaration

**A. I declare under penalty of perjury that all of the facts represented in this complaint
and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and
my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three
lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was
frivolous or malicious, or failed to state a claim upon which relief may be granted, unless
I am in imminent danger of serious physical injury.

Signed this _30_ day of _April_ , _2003_ .

_____         Kerry Lawson

Prisoner no. (Louisiana Department of          Signature of Plaintiff
Corrections or Federal Bureau of Prisons)

5/97

CA~ HOULA CORRECTIONAL ~NTER *Exhibit "P"*

## INMATE REQUEST FORM

**AREA OF CONCERN:**

- ☐ PERSONAL PROBLEMS
- ☐ COMMISSARY
- ☑ MEDICAL PROBLEMS
- ☐ PERSONAL PROPERTY
- ☐ OTHER  I NEED to See a Doctor

- ☐ VISITATION
- ☐ EDUCATION
- ☐ LAUNDRY ITEMS
- ☐ D.O.C. INFORMATION

- ☐ MAINTENANCE
- ☐ SPECIAL PROGRAMS
- ☐ CLASSIFICATION

FROM: LAWSON     KERRY     DARNell     DATE: 6/17/03
LAST NAME     FIRST NAME     MIDDLE NAME

DORM  E     CELL ____     BUNK  31.

REQUEST (BE SPECIFIC OR YOUR REQUEST WILL NOT BE PROCESSED)  Nurse:
I really NEED to see a Doctor, I've been in so much Pain, some time I cant walk at all, My knee has been bothering me ever since I had surgery on it, last year May 9, 2002. I Think I Need to have Bx-rays Done, Because my knee cap is out of Place.

Please know that your Attention is most important to this very complex matter.
Thanks
Kerry Lawson
SIGNATURE OF INMATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ADMINISTRATIVE RESPONSE

REQUEST IS:     ☐ APPROVED     ☐ DENIED     ☐ HANDLED

I/m has a displaced knee cap on Lt.leg He states "Causing a lot of pain." Notified Transportation to send To ER to see a doctor. Waiting for transportation on a date They can take I/m to see a doctor. I/m is also being monitored due to his % severe pain unable to walk at times. All activities are documented on I/m.

OFFICER'S SIGNATURE: Josie Spann LPN     DATE: 6-20-03.

OFFICER'S NAME: Josie Spann LPN
(PRINT)